IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03184-WYD-KLM

LINDA SUE FICK,

    Plaintiff,

v.

US BANK NATIONAL ASSOCIATION,
CITIGROUP MORTGAGE LOAN TRUST,
WELLS FARGO,
NEW CENTURY MORTGAGE,
AMERICA'S SERVICING COMPANY,
CITIGROUP MORTGAGE LOAN TRUSTS, and
CASTLE STAWIARSKI, LLC,

    Defendants.
_____

## MINUTE ORDER
_____

### ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX

    This matter is before the Court on Defendants U.S. Bank National Association, Wells Fargo, and America's Servicing Company's **Motion to Dismiss Pursuant to Rule 12(b)(6) by Defendants U.S. Bank National Association, Wells Fargo, and America's Servicing Company; and Supporting Brief** [Docket No. 30; Filed February 14, 2012] (the "Motion"). On March 2, 2012, Plaintiff, who proceeds *pro se*, filed a First Amended Complaint [#34] in connection with her Response to the Motion. The filing of an amended complaint renders moot motions to dismiss predicated upon a prior complaint. *See Tex. Clinical Labs, Inc. v. Leavitt*, No. 05-CV-02145-PSF-CBS, 2006 WL 2844396, at *1 (D. Colo. Sept. 29, 2006) (rendering moot prior motions to dismiss upon the filing of an amended complaint). Because the filing of the First Amended Complaint rendered moot the pending Motion,

    IT IS HEREBY **ORDERED** that the Motion [#30] is **DENIED AS MOOT**.

    Dated: June 7, 2012