IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03184-WYD-KLM

LINDA SUE FICK,

      Plaintiff,

v.

WELLS FARGO, and
AMERICA'S SERVICING COMPANY,

      Defendants.

_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court on Defendants' **Motion to Dismiss RESPA and FDCPA Claims, and Supporting Memorandum Brief** [Docket No. 55; Filed November 21, 2012] (the "Motion"). On January 15, 2013, the Court issued a Recommendation [#58] that Plaintiff's case be dismissed for failure to prosecute. Accordingly,

      IT IS HEREBY **ORDERED** that the Motion [#55] is **DENIED as moot**.

      Dated:  January 15, 2013