IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-03184-WYD-KLM

LINDA SUE FICK,

    Plaintiff,

v.

US BANK NATIONAL ASSOC.;
CITIGROUP MORTGAGE LOAN TRUST;
WELLS FARGO;
NEW CENTURY MORTGAGE;
AMERICA'S SERVICING COMPANY;
CITIGROUP MORTGAGE LOAN TRUSTS; and
CASTLE STAWIARSKI,

    Defendants.

## FINAL JUDGMENT

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order Affirming and Adopting Recommendation of United States Magistrate Judge, filed on November 8, 2012, by the Honorable Wiley Y. Daniel, Chief United States District Judge, and incorporated herein by reference as if fully set forth, it is

ORDERED that the Recommendation of United States Magistrate Judge Mix [ECF Doc. No. 52], filed September 10, 2012, is AFFIRMED and ADOPTED.  It is further

ORDERED that judgment is hereby entered in favor of Defendants, US Bank National Assoc., and against Plaintiff, Linda Sue Fick, on Defendants' Motion to Dismiss First Amended Complaint and Supporting Brief.  It is further

ORDERED that Defendant US Bank National Assoc. is DISMISSED WITHOUT PREJUDICE.  It is further

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order Affirming and Adopting Recommendation of United States Magistrate Judge, filed on November 8, 2012, by the Honorable Wiley Y. Daniel, Chief United States District Judge, and incorporated herein by reference as if fully set forth, it is

ORDERED that the Recommendation of United States Magistrate Judge Mix [ECF Doc. No. 51] is AFFIRMED and ADOPTED.  It is further

ORDERED that judgment is hereby entered in favor of Defendants, Citigroup Mortgage Loan Trust; Citigroup Mortgage Loan Trusts; New Century Mortgage; and Castle Stawiarski, LLC, and against Plaintiff, Linda Sue Fick, on the Recommendation of Magistrate Judge Kristen L. Mix for failure to prosecute and failure to comply with court orders.  It is further

ORDERED that Defendants Citigroup Mortgage Loan Trust, Citigroup Mortgage Loan Trusts, New Century Mortgage, and Castle Stawiarski, LLC, are DISMISSED WITHOUT PREJUDICE as parties from this action pursuant to Fed. R. Civ. P. 4(m).

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order Affirming and Adopting Recommendation of United States Magistrate Judge, filed on September 17, 2013, by the Honorable Wiley Y. Daniel, Senior United States District Judge, and incorporated herein by reference as if fully set forth, it is

ORDERED that Magistrate Judge Mix's Recommendation [ECF Doc. No. 58] is AFFIRMED and ADOPTED. It is further

ORDERED that pursuant to FED. R. CIV. P. 41(b), plaintiff, Linda Sue Fick's claims are DISMISSED WITH PREJUDICE for failure to prosecute and failure to comply with court orders. It is further

ORDERED that plaintiff's complaint and action are dismissed.

DATED at Denver, Colorado this 19th day of September, 2013.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By: s/ Edward P. Butler
Edward P. Butler,
Deputy Clerk